IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:20-CV-221-FL

| | | |
|---|---|---|
| Kriston Emanuel, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER APPROVING PLAINTIFF'S |
| | ) | MOTION FOR ATTORNEY'S FEE |
| Kilolo Kijakazi, | ) | PURSUANT TO 42 USC §406(b) |
| Acting Commissioner | ) | |
| Of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Motion of Kathleen Shannon Glancy, Esq., attorney for Kriston Emanuel, Plaintiff in the above-captioned matter, and having considered any and all objections to said Motion, it is hereby

ORDERED that an attorney's fee in the amount of $21,220.25 is approved pursuant to 42 USC §406(b) for services rendered before this Court by Kathleen Shannon Glancy on behalf of Kriston Emanuel; and

ORDERED that a copy of this Order be provided to the Social Security Administration for purposes of effectuating payment of the fee from whatever past due benefits have been withheld for such purpose under Titles II and XVI of the Social Security Act.

This 29th day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge